

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00195-CV

FORT WORTH PROFESSIONAL                                        APPELLANT
FIREFIGHTERS ASSOCIATION

V.

CITY OF FORT WORTH, TEXAS                                         APPELLEE

------------

FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 48-270181-14

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered Appellant's motion to dismiss this appeal, Appellee's

response to it, Appellant's reply to Appellee's response, and Appellee's surreply.

No cross-petition for permissive appeal is pending before this court.  *See* Tex. R.

App. P. 28.3(f).  It is therefore the court's opinion that the motion to dismiss

---

[1]*See* Tex. R. App. P. 47.4.

should be granted, and we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  WALKER, GARDNER, and MCCOY, JJ.

DELIVERED:  August 26, 2014